64 A.3d 236

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CARLOS BOLVITO, DEFENDANT–PETITIONER.

February 13, 2013.

ORDERED that the petition for certification is granted limited to the issue whether a defendant's ability to pay may be consid-

ered by a sentencing court in imposing a Sex Crime Victims Treatment Fund Penalty under *N.J.S.A.* 2C:14–10(a).